KIRK W. McALLISTER
McALLISTER & McALLISTER, INC.
State Bar No. 47324
1012 11th Street, Ste. 100
Modesto, CA 95354
(209)575-4844/ (209)5750240 Fax


Attorney for Defendant
JOHN C. SMITHSON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,            )
                    Plaintiff,       )   CASE NO. 2:10-CR-0211 FCD
                                     )
                                     )
          vs.                        )   WAIVER OF DEFENDANT'S PERSONAL
                                     )   PRESENCE AT PRETRIAL
                                     )   PROCEEDINGS; **ORDER**
JOHN C. SMITHSON,                    )
                    Defendant        )
                                     )
_____

        Pursuant to F.R. Crim P.43(b)(2) and (3), Defendant, John Smithson, having been

advised of his right to be present at all stages of the proceedings, hereby requests that this Court

proceed in her absence on every occasion that the court may permit, pursuant to this waiver.

Defendant agrees that his interests shall be represented at all times by the presence of his

attorney, Kirk W. McAllister, the same as if Defendant were personally present, and requests that

this Court allow her attorney-in-fact to represent his interests at all times.   Defendant further

agrees that notice to defendant's attorney that defendant's presence is required will be deemed

notice to the defendant of the requirement of her appearance at said time and place.

///

1

Defendant makes this request because of the time, distance and expense involved, travel to Sacramento for court appearances would be both a financial and personal hardship.  Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

This request is made pursuant to Fed.R. Crim.P. 43(b)(2).

Dated:                                                   Respectfully Submitted,


                                                         ___/s/_____
                                                         Kirk McAllister
                                                         Attorney for Defendant
                                                         John Smithson

Dated:                                                   ___/s/_____
                                                         John C. Smithson
                                                         Defendant


## **ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.


Dated:  January 31, 2011

                                                         _____
                                                         FRANK C. DAMRELL, JR.
                                                         UNITED STATES DISTRICT JUDGE