UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Garland E. Burrell, Jr.<br>Senior United States District Judge<br>Sacramento, California | **RE: John Smithson**<br>**Docket Number: 0972 2:10CR00211-007**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

John Smithson is requesting permission to travel to Cozumel, Mexico, Mahogany Bay, Isla Roatan, Belize, and Costa Maya, Mexico. John Smithson is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 21, 2012, John Smithson was sentenced for the offense(s) of 18 USC 286 – Conspiracy to Defraud the Government (Class C Felony).

**Sentence Imposed:** 15 months custody Bureau of Prisons; 36 months Supervised Release; $100 special assessment; $21,645 restitution; Mandatory drug testing; No firearms; DNA collection. Special Conditions: Search; Not dissipate assets; Financial disclosure; No new credit/debt; Correctional treatment, testing, and co-payment. (His restitution and special assessment have been paid in full.)

**Dates and Mode of Travel:** April 11, 2015, to April 18, 2015; Carnival Cruises

**Purpose:** Wedding and vacation

**RE:**     **John Smithson**
        **Docket Number: 0972 2:10CR00211-007**
        <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Rebecca A. Fidelman

Rebecca A. Fidelman
United States Probation Officer

Dated:    December 18, 2014
          Sacramento, California
          RAF:cd

/s/ Jeffrey C. Oestreicher

**REVIEWED BY:**    **Jeffrey C. Oestreicher**
                          **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved      ☐     Disapproved

**Dated: December 18, 2014**

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
Senior United States District Judge